

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 9, 2020**

_____
United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| IN RE: | § | |
|---|---|---|
| | § | |
| AGS ENTERPRISES, INC., | § | CASE NO. 16-34322-sgj11 |
| KLN STEEL PRODUCTS COMPANY, LLC | § | CASE NO. 16-34323-sgj11 |
| | § | JOINTLY ADMINISTERED |
| | § | |
| DEBTORS. | § | Chapter 11 |

**FINAL DECREE CLOSING BANKRUPTCY CASES**
(Relates to ECF No. 336)

CAME ON FOR CONSIDERATION the Application for Entry of a Final Decree and Motion to Close the Bankruptcy Case (the "Motion")[1] filed by Jason Rae, Trustee ("Trustee") of the AGS Creditors' Trust ("Trust") and the Court, having considered the Motion, the record in the above-captioned jointly administered bankruptcy case, and the representations of the Trustee and counsel, hereby finds that the relief requested in the Motion is well-grounded; accordingly, it is therefore ORDERED:

1. The Motion is hereby GRANTED on the terms stated herein.

---

[1] Capitalized terms not otherwise defined herein are defined in the Motion.

2. The Chapter 11 Cases of AGS Enterprises, Inc., Case Number 16-34322, and KLN Steel Products Company, LLC, Case Number 16-34323, are hereby CLOSED, effective as of the date of this order, without prejudice to the rights of any party in interest to seek to reopen such cases for good cause shown.

3. Following closing of the Debtors' chapter 11 cases, the Trustee is authorized to continue limited necessary winddown activities, including issuance of final distributions to be completed by the end of 2020 and to administer final tax returns and other governmental filings as necessary.

4. Effective upon issuance of final distributions, and no later than December 31, 2020, Jason Rae is hereby discharged and released as Trustee of the Trust and from all responsibilities, liabilities and duties to the Trust, the Non-Debtor Affiliates, the Debtors, their estates, or any creditor or party in interest. The Trustee's professionals, including Lain Faulkner & Co., P.C. and Wick Phillips Gould and Martin, LLP, are hereby discharged and released from all responsibilities, liabilities or duties to the Trust, the Non-Debtor Affiliates, the Debtors, their estates, or any creditor or party in interest. This Order releases any and all Claims (as defined in the Bankruptcy Code) and causes of action by any person or entity against the Trustee or his professionals arising from or related to the Trust, the Plan, the Non-Debtor Affiliates, the Debtors and their estates.

5. The Court reserves jurisdiction to interpret and enforce the terms of this Order.

### END OF ORDER ###

PREPARED AND SUBMITTED BY:

Jason M. Rudd
State Bar No. 24028786
Scott D. Lawrence
State Bar No. 24087896
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile:   (214) 692-6255

**COUNSEL FOR JASON RAE, TRUSTEE
OF THE AGS CREDITORS' TRUST**